UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LEWIS BOB GRANT, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | No. 4:06CV933 HEA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Court's ruling on the record in this matter after the hearing on Movant's Motion to Vacate, Set Aside or Correct Judgment held on April 11, 2007,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Motion of Lewis Bob Grant to vacate, correct or set aside his sentence pursuant to 28 U.S.C. § 2255 is denied and this matter is dismissed.

**IT IS FURTHER ORDERED** that this Court will not issue a certificate of appealability as movant has not made a substantial showing of the denial of a federal constitutional right.

Dated this 1st day of May, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE